In the Matter of S. WILLIAM BRISCOE, Appellant, *v.* WILLIAM F. BAKER et al., Constituting the CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK, Respondents.

*Matter of Briscoe* v. *Baker*, 107 App. Div. 616, affirmed.
(Argued February 27, 1906; decided March 13, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1905, which affirmed an order of Special Term which denied the petitioner's motion for an order directing the defendant civil service commission to permit an inspection of certain papers under their control.

*John W. Weed* for appellant.

*John J. Delany,* Corporation Counsel (*Theodore Connoly* and *William B. Crowell* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.